IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHEL SHARRITT, individually and on behalf of herself and all others similarly situated;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GWEN HENRY, in her capacity as Treasurer of DuPage County, Illinois; et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-15838<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## NOTICE PURSUANT TO RULE 5.1 OF CONSTITUTIONAL QUESTION

Plaintiffs hereby provide notice pursuant to *Federal Rule of Civil Procedure* 5.1 that the complaint in this action draws into question the constitutionality of 35 ILCS 200/22-40 and 35 ILSC 200/21-305 to the extent that such provisions result in takings of private property without compensation, imposition of excessive fines, and denial of due process and thereby violate the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution and the Illinois Constitution.

Plaintiffs have this date served this notice and the complaint upon the Attorney General for the State of Illinois as provided for in Rule 5.1.

Date: November 14, 2023.　　　　　　　　By: /s/ *Charles R. Watkins*
　　　　　　　　　　　　　　　　　　　　　　Charles R. Watkins (3122790)
　　　　　　　　　　　　　　　　　　　　　　GUIN, STOKES & EVANS, LLC
　　　　　　　　　　　　　　　　　　　　　　805 Lake Street, #226
　　　　　　　　　　　　　　　　　　　　　　Oak Park, Illinois 60301
　　　　　　　　　　　　　　　　　　　　　　(312) 878-8391
　　　　　　　　　　　　　　　　　　　　　　charlesw@gseattorneys.com

David Guin
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd N.
Suite 600
Birmingham, Alabama 35203
(205) 503-4505
davidg@gseattorneys.com

Vildan A. Teske
TESKE LAW PLLC
222 South Ninth Street
Suite 1600
Minneapolis, Minnesota 55402
(612) 767-0521
teske@teskelawfirm.com

Garrett Blanchfield
Roberta Yard
REINHARDT WENDORF &
     BLANCHFIELD
First National Bank Building, Suite W1050
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@ rwblawfirm.com

Daniel C. Hedlund (*pro hac vice* pending)
Daniel J. Nordin (*pro hac vice* pending)
Abou B. Amara (*pro hac vice* pending)
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
(612) 333-8844

*Counsel for Plaintiffs*