AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

*15889*

## SUMMONS IN A CIVIL CASE

MICHEL SHARRITT, et al.

|  |  |
|---|---|
| CASE NUMBER: | 1:23-cv-15838 |

V.

ASSIGNED JUDGE:    Sara L. Ellis

GWEN HENRY in her capacity as Treasurer of
DuPage County, Illinois, et al.

DESIGNATED
MAGISTRATE JUDGE:   Maria Valdez

TO: (Name and address of Defendant)

Peoria County, Illinois
c/o County Clerk
Peoria County Courthouse
324 Main Street
Room 101
Peoria, Illinois 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles R. Watkins
Guin, Stokes & Evans, LLC
805 Lake Street, #226
Chicago, Illinois 60301

David J. Guin
Guin, Stokes & Evans, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 600
Birmingham, Alabama 35203

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

November 28, 2023

_____

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                *Signature of Server*


                                        _____
                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# County of Peoria
# Office of the Sheriff

Chris Watkins
Sheriff
County of Peoria



324 Main Street
Room B-20
Peoria, IL 61602
Phone: (309) 672-6040

# CORPORATION
# RETURN OF SERVICE

## STATE OF ILLINOIS - COUNTY OF PEORIA

CASE #: 1:23-CV-15838          CIVIL PAPER#: 23-15889

On this date, _____12/13/2023_____ I have served/executed the within court documents
thereof with any attached summons, complaint, judgment, and/or petition upon

**RACHAEL PARKER, COUNTY CLERK**    registered agent, office or agent of the

| corporation. | for **PEORIA COUNTY CLERK** |
|---|---|

| SERVICE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Sex | Race | Age | Date | Time | Place of Service |
| F | B | | 12/13/2023 | 10:30 AM | 324 MAIN ST, ROOM 101, PEORIA, IL 61602 |

| Service Fee: | $21.00 (PAID IN ADVANCE) |
|---|---|

## Chris Watkins, Sheriff of Peoria County

By:   392         Hrdlicka, Michael
      Badge#       Officer
      Signature: _M. Hrdlicka #392_

### SERVICE HISTORY

| Dates: | Times: | Types: | Locations: | Officers: |
|---|---|---|---|---|
| 12/12/2023 | 6:22 PM | New | Sheriff's Office | |
| 12/13/2023 | 10:30 AM | Corporation served/Reg Agent | Sheriff's Office | Hrdlicka, Michael |