UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHEL SHARRITT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:23-cv-15838 |
| v. ) | |
| ) | Hon. Sara L. Ellis |
| GWEN HENRY, in her capacity as Treasurer ) | |
| of DuPage County, Illinois, et al., ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendants. ) | |

**DEFENDANTS KANE COUNTY TREASURER, CLERK AND KANE COUNTY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

NOW COME Defendants, Christopher Lauzen, in his capacity as Treasurer of Kane County, John Cunningham, in his capacity as Clerk of Kane County, and Kane County, by and through their attorney, Jamie L. Mosser, Kane County State's Attorney, and her Assistants, Erin Brady and Vincent, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), and move that this Honorable Court dismiss Plaintiff's Complaint against them. In support of such Motion, the Kane County Defendants submits their accompanying Memorandum of Law in Support.

                                                  Respectfully submitted,
                                                  Defendants Christopher Lauzen, John Cunningham
                                                  and Kane County

                                                  By: /s/ Vincent Coyle
Jamie Mosser                                           One of Their Attorneys
Kane County State's Attorney
By Vincent Coyle
ARDC 6303106
coylevincent@kanecountyil.gov
Erin Brady
ARDC 6292443
bradyerin@co.kane.il.us
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134

**Certificate of Service**

       The undersigned hereby certifies under penalties of perjury as provided by law, that on April 8, 2024, I caused this notice and described document(s) to be served upon all other parties of record registered with the Clerk of the Northern District of Illinois, by electronically filing a copy of the same via the Northern District of Illinois's CM/ECF filing system, which automatically transmits electronic copies to all parties registered therewith.

                                                                   /s/ Vincent Coyle
                                                                   Vincent Coyle

Jamie Mosser
Kane County State's Attorney
By Vincent Coyle
ARDC 6303106
coylevincent@kanecountyil.gov
Erin Brady
ARDC 6292443
bradyerin@co.kane.il.us
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134