IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE BJERKE, *et al.*, <br>   Third-Party Plaintiffs, <br> v. <br> DG ENTERPRISES, LLC, *et al.*, <br>   Third-Party Defendants. | No. 23-cv-15838 <br><br> Judge Sara L. Ellis |

### THIRD-PARTY DEFENDANT ATTORNEY GENERAL RAOUL'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Third-Party Defendant Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, moves to dismiss Third-Party Plaintiffs' claim against him. The grounds for this motion are set forth in Third-Party Defendant Attorney General Raoul's memorandum in support of his motion to dismiss, which he incorporates by reference.

Dated: August 4, 2025

*/s/ Michael T. Dierkes*
Michael T. Dierkes
General Law Bureau/Government Representation Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3672
Facsimile: (312) 814-4425
michael.dierkes@ilag.gov

*Attorney for Illinois Attorney General Kwame Raoul*