**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Michel Sharritt; Melody Cannon; Maurice Cross; Christopher Meyer; Dareios Little; and Karl Lee, individually and on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 23 cv 15838 |
| | ) ) | Hon. Sara L. Ellis |
| Nicole Bjerke, in her Capacity as Treasurer of Peoria County, Illinois; Rachael Parker in her capacity as Clerk of Peoria County, Illinois; Peoria County, Illinois; et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| Nicole Bjerke, in her capacity as Treasurer of Peoria County, Illinois; Rachael Parker in her capacity as Clerk of Peoria County, Illinois; Peoria County, Illinois; et al, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| DG Enterprises, LLC-XPROP, LLC, et al., | ) ) ) | |
| Third-Party Defendants. | ) | |

## ROUTINE MOTION TO APPOINT SPECIAL PROCESS SERVER

County Defendants/Third-Party Plaintiffs, Nicole Bjerke, in her capacity as Treasurer of Peoria County, Illinois, Rachael Parker in her capacity as Clerk of Peoria County, Illinois, Peoria County, Illinois, Tim Brophy, in his capacity as Treasurer of Will County, Illinois, Annette Parker in her capacity as clerk of Will County, Illinois, Will County, Illinois, Lydia Hutchcraft, in her capacity as Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois, Carroll County, Illinois; Curt Newport, in his capacity as Treasurer of Boone

1

County, Illinois, Julie Bliss in her capacity as Clerk of Boone County, Illinois, and Boone County, Illinois, Christopher Lauzen, in his official capacity as Treasurer of Kane County, Illinois; John Cunningham, in his official capacity as Clerk of Kane County, Illinois; and the County of Kane, Illinois, through their undersigned attorneys, and for their Routine Motion to Appoint Special Process Server to issue an Alias Summons to Third-Party Defendants, CORTEZZ, LLC and REALTAX DEVELOPERS, LTD., state as follows:

1.      On April 11, 2025, above County Defendants/Third-Party Plaintiffs filed a Third-Party Complaint against DG ENTERPRISES, LLC-XPROP, LLC, CORTEZZ, LLC, REALTAX DEVELOPERS, LTD, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois.

2.      Per statute, County Defendants/Third-Party Plaintiffs intended to serve Third-Party Defendants via the Cook County Sheriff's Office.

3.      The Cook County's Sheriff's Office was unsuccessful in serving the Summons and Third-Party Complaint to Third-Party Defendants, CORTEZZ, LLC and REALTAX DEVELOPERS, LTD., thereby necessitating the issuance of an Alias Summons.

4.      Pursuant to Federal Rule of Civil Procedure 4, County Defendants/Third-Party Plaintiffs requests that this Court appoint FirstLegal (Illinois license number 117001790) as its special process server in this matter to effectuate service on Third-Party Defendants.

5.      FirstLegal is over the age of 18 and is not a party to this lawsuit.

WHEREFORE, Plaintiffs, Nicole Bjerke, in her capacity as Treasurer of Peoria County, Illinois, Rachael Parker in her capacity as Clerk of Peoria County, Illinois, Peoria County, Illinois, Tim Brophy, in his capacity as Treasurer of Will County, Illinois, Annette Parker in her capacity as clerk of  Will County, Illinois, Will County, Illinois, Lydia Hutchcraft, in her capacity as

Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois,

Carroll County, Illinois; Curt Newport, in his capacity as Treasurer of Boone County, Illinois, Julie

Bliss in her capacity as Clerk of Boone County, Illinois, and Boone County, Illinois, Christopher

Lauzen, in his official capacity as Treasurer of Kane County, Illinois; John Cunningham, in his

official capacity as Clerk of Kane County, Illinois; and the County of Kane, Illinois, respectfully

request this Honorable Court to enter an Order to appoint FirstLegal (Illinois license number

117001790) as a special process server for this matter, along with all other relief this Court finds

just, proper, and appropriate.

Dated: September 10, 2025

Respectfully submitted,

Lydia Hutchcraft, in her capacity as Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois, Carroll County, Illinois; and Curt Newport, in his capacity as Treasurer of Boone County, Illinois, Julie Bliss in her capacity as Clerk of Boone County, Illinois, and Boone County, Illinois, Nicole Bjerke, in her capacity as Treasurer of Peoria County, Illinois, Rachael Parker in her capacity as Clerk of Peoria County, Illinois, Peoria County, Illinois.

By:  /s/ Carter R. Frambes

Charles A. LeMoine
clemoine@tresserllp.com

Rosa M. Tumialán
rtumialan@tresserllp.com
Jerome T. Murphy
jmurphy@tresserllp.com
Carter R. Frambes
cframbes@tresserllp.com
TRESSLER, LLP
233 S. Wacker Dr., 61st Floor
Chicago, IL 60606

3

312-627-4191

4929-0558-
6278, v. 1

Tim Brophy, in his capacity as Treasurer of Will
County, Illinois, Andrea Linn in her capacity as
clerk of Will County, Illinois, and Will County,
Illinois.

By:  *s/ Gary Scott Pyles*
        Gary Scott Pyles
        spyles@willcountyillinois.com
        57 N. Ottawa Street
        Joliet, IL 60432
        (815) 724-1318

Christopher Lauzen, in his capacity as Treasurer
of Kane County, John Cunningham, in his
capacity as Clerk of Kane County, and Kane
County, Illinois.

By: */s/ Vincent Coyle*
Vincent Coyle
*One of Kane County Defendants'
Attorneys*
Kane County State's Attorney
By Vincent Coyle
ARDC 6303106
coylevincent@kanecountyil.gov
Erin M. Brady
ARDC 6292443
bradyerin@co.kane.il.us
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134

4

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 10, 2025, I electronically filed the foregoing County Defendants' Motion to Appoint Special Process Server with the Clerk of the Court using the CM/ECF system.  A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Carter Frambes*        
