| Attorney or Party without Attorney:<br>Rosa M. Tumialán, Esq.<br>Tressler LLP<br>233 S Wacker Dr 22nd Floor<br>Chicago, IL 60606<br>  Telephone No:  312-627-4000<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | *Ref. No. or File No.:*<br>Bjerke v DG Enterprises | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Northern District of Illinois | | |
| *Plaintiff:*  Nicole Bjerke, et al.<br>*Defendant:*  DG Enterprises, LLC-Xprop, LLC, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:23-cv-15838 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the ALIAS SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD PARTY COMPLAINT

3.  *a.  Party served:*   RealTax Developers, Ltd.
    *b.  Person served:*   Nicole Hatch, Employee , Caucasian , Female , Age: 40s , Hair: Brown , Weight: 160 , authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   1212 West Bradley Avenue, Peoria, IL 61606

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 10 2025 (2) at: 10:14 AM

6.  ***Person Who Served Papers:***
    a. Jessica Roper 129.470373
    b. **FIRST LEGAL**
       2920 N. GREEN VALLEY PARKWAY, SUITE 514
       HENDERSON, NV 89014
    c. (888) 599-5039

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

10/15/2025
*(Date)*

*(Signature)*

**PROOF OF
SERVICE**

*14306869*
*(413775)*