| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Rosa M. Tumialán, Esq.<br>Tressler LLP<br>233 S Wacker Dr 22nd Floor<br>Chicago, IL 60606<br>*Telephone No:* 312-627-4000<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Bjerke v DG Enterprises | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of Illinois

*Plaintiff:* Nicole Bjerke, et al.
*Defendant:* DG Enterprises, LLC-Xprop, LLC, et al.

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:23-cv-15838 |
|---|---|---|---|---|

1. I, Kyle Clutter, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Cortezz LLC as follows:

2. *Documents:* ALIAS SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD PARTY COMPLAINT

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Kyle Clutter () on: Oct 9, 2025, 3:45 pm CDT at 1210 West 82nd Street, Chicago, IL 60620
No answer after knocking on the door and the window.

2) Unsuccessful Attempt by: Kyle Clutter () on: Oct 10, 2025, 2:49 pm CDT at 1210 West 82nd Street, Chicago, IL 60620
I was able to see inside the property and it's vacant. I also confirmed with the neighbor that it's vacant.

6. **Person Who Served Papers:**
   a. Kyle Clutter
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. *The Fee* for Service was:

4. *I declare under penalty of perjury that the foregoing is true and correct.*

10/14/2025
(Date)

*Kyle W. Clutter*
(Signature)



AFFIDAVIT OF
DUE DILIGENCE

14306858
(413774)