IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michel Sharritt; Melody Cannon; Maurice Cross; Christopher Meyer; Dareios Little; and Karl Lee, individually and on behalf of themselves and all others similarly situated, ) ) ) ) ) ) Plaintiffs, ) v. ) ) ) Nicole Bjerke, in her Capacity as ) Treasurer of Peoria County, Illinois; ) Rachael Parker in her capacity as Clerk of ) Peoria County, Illinois; Peoria County, Illinois; ) et al., ) ) ) Defendants. ) _____ ) Nicole Bjerke, in her capacity as Treasurer ) of Peoria County, Illinois; Rachael Parker ) in her capacity as Clerk of Peoria County, ) Illinois; Peoria County, Illinois; et al, ) ) Third-Party Plaintiffs, ) v. ) ) DG Enterprises, LLC-XPROP, LLC, et al., ) ) Third-Party Defendants. ) | Case No.: 23 cv 15838  Hon. Sara L. Ellis |

**MOTION FOR ORDER OF DEFAULT**

Third-Party Plaintiffs, Lydia Hutchcraft, in her capacity as Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois, and Carroll County, Illinois ("Carroll County Third-Party Plaintiffs"), by and through its undersigned attorneys, respectfully moves this Court pursuant to F.R.C.P. Rule 55 for an order of default against third-party defendant RealTax Developers, Ltd. ("RealTax"). Carroll County Third-Party Plaintiffs state as follows in support of their motion:

1. Carroll County Third-Party Plaintiffs filed their third-party complaint naming RealTax Developers, Ltd. as a third-party defendant on April 11, 2025.

2. RealTax was served through a licensed process server on October 10, 2025 as evidenced by the Affidavit of Service attached hereto as Exhibit A.

3. RealTax's responsive pleading was due on or before November 10, 2025.

4. No appearance or answer was filed on behalf of RealTax and as of this writing, the responsive pleading is overdue.

WHEREFORE, Third-Party Plaintiffs, Lydia Hutchcraft, in her capacity as Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois, and Carroll County, Illinois, respectfully request that this Court enter an order of default against RealTax Developers, Ltd. and grant such further relief as this Court deems just and appropriate.

Dated: January 13, 2026

Respectfully submitted,

Lydia Hutchcraft, in her capacity as Treasurer of Carroll County, Illinois, Amy Buss, in her capacity as clerk of Carroll County, Illinois, Carroll County, Illinois; and Curt Newport, in his capacity as Treasurer of Boone County, Illinois, Julie Bliss in her capacity as Clerk of Boone County, Illinois, and Boone County, Illinois, Nicole Bjerke, in her capacity as Treasurer of Peoria County, Illinois, Rachael Parker in her capacity as Clerk of Peoria County, Illinois, Peoria County, Illinois.

By: /s/ *Carter R. Frambes*

Charles A. LeMoine
clemoine@tresserllp.com
Rosa M. Tumialán
rtumialan@tresserllp.com
Jerome T. Murphy
jmurphy@tresserllp.com

    Carter R. Frambes
cframbes@tresserllp.com
TRESSLER, LLP
233 S. Wacker Dr., 6lst Floor
Chicago, IL 60606
312-627-4191