Michel Sharritt, et al.
                    Plaintiff,

v.                                         Case No.: 1:23−cv−15838
                                               Honorable Sara L. Ellis

Gwen Henry, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held on 2/5/2026. Motion for order of default [189] against third−party defendantRealTax Developers, Ltd. ("RealTax") is granted. Motion for alternative service and issuance of alias summons [191] is granted. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.