**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MICHEL SHARRITT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-15838 |
| v. | ) | |
| | ) | Honorable Sara L. Ellis |
| GWEN HENRY in her capacity as Treasurer | ) | |
| of DuPage County, Illinois, et al., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**AGREED THIRD-PARTY DEFENDANT HOBO INVESTMENTS, LLC'S
MOTION TO EXTEND THE TIME IN WHICH TO FILE ITS MOTION TO
DISMISS THE AMENDED THIRD-PARTY COMPLAINT**

Third-Party Defendant, Hobo Investments, LLC ("Hobo"), by and through its attorneys, Joseph D. Ryan of the Law Offices of Joseph D. Ryan, P.C., moves this Court to extend the time within which third-party defendant Hobo Investments, LLC can file a motion to dismiss the Amended Third-Party Complaint filed on behalf of Gwen Henry; Jean Kaczmarek; DuPage County; Holly Kim; Anthony Vega; and Lake County (collectively "Third-Party Plaintiffs").

1.      A class action lawsuit was filed against the Third-Party Plaintiffs, among other defendants, alleging that the Illinois tax sale procedures set forth in the Illinois Property Tax Code, 35 ILCS 200 et seq., violate plaintiffs' rights under the United States Constitution by depriving them of just compensation for a taking in violation of the Fifth and Fourteenth Amendments and by imposing excessive fines in violation of the Eighth and Fourteenth Amendments.

2.      The Third-Party Plaintiffs subsequently filed a Third-Party Complaint against Hobo and other third-party defendants seeking relief in the event they are found liable to the plaintiffs.

2.      Hobo filed a motion to dismiss the Third-Party Complaint.

3.        On March 20, 2026, the Court issued its Opinion and Order granting Hobo's motion to dismiss.

4.        On May 20, 2026, the Third-Party Plaintiffs filed a motion for leave to file an Amended Third-Party Complaint against Hobo and other Third-Party Defendants.

5.        On June, 1, 2026, the court granted the motion for leave to amend, thereby requiring Hobo to respond to the Amended Third-Party Complaint by June 15, 2026.

7.        Following the filing, counsel for Hobo and counsels for the Third-Party Plaintiffs engaged in several discussions regarding the purpose and merits of the amended pleading, as well as Hobo's intention to challenge the pleading through a motion to dismiss.

8.        As a result of those discussions, the parties agreed that the Amended Third-Party Complaint would not be withdrawn, that Hobo would file a motion to dismiss, and that, subject to the Court's approval, Hobo's deadline to file its motion to dismiss may be extended through July 2, 2026.

WHEREFORE, Third-Party Defendant Hobo Investments, LLC respectfully requests that this Court enter an order extending its deadline to file a Motion to Dismiss the Amended Third-Party Complaint through and including July 2, 2026, and granting such other and further relief as this Court deems just and equitable.

Respectfully submitted,

/s/Joseph D. Ryan
Joseph D. Ryan, Attorney for Third-Party
Defendant Hobo Investments, LLC

Law Offices of Joseph D. Ryan, P.C.
1896 Sheridan Road, Suite 240
Highland Park, IL 60035
(847) 432-5971
ARDC No. 6192344
jryan@ryanlawoffices.com

2

## **CERTIFICATE OF SERVICE**

I, Joseph D. Ryan, an attorney, state that, on June 12, 2026, this document has been electronically filed and served on the parties through the Court's E-Filing system in compliance with Local Rule 5.5, and by mail to anyone that is not a registered user of the system.

/s/Joseph D. Ryan
Joseph D. Ryan