**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GWEN HENRY, *et al.*,

    Third-Party Plaintiffs,

          v.

KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, *et al.*,

    Third-Party Defendants.

No. 23-cv-15838

Judge Sara L. Ellis

**ILLINOIS ATTORNEY RAOUL'S MOTION TO DISMISS
AMENDED THIRD-PARTY COMPLAINT**

Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, moves to dismiss any claims against him in Third-Party Plaintiffs' amended complaint. In support of this motion, he states as follows:

1. Third-Party Plaintiffs, the treasurers and clerks of DuPage and Lake counties, filed a third-party complaint against the State of Illinois, Illinois Attorney General Kwame Raoul in his official capacity, Scribe Holdings, LLC, and HOBO Investments, LLC. Dkt. 124. On March 20, 2026, the Court dismissed Third-Party Plaintiffs' claims against the State of Illinois and Attorney General Raoul in his official capacity based on the political subdivision doctrine. Dkt. 203 at 7-12. The Court also dismissed the claims against Scribe Holdings, LLC and Hobo Investments, LLC. *Id.* at 21.

2. On June 1, 2026, Third-Party Plaintiffs filed an amended complaint against Scribe Holdings, LLC and Hobo Investments, LLC. The amended complaint names Attorney General Raoul as a defendant "for purposes of any appeal." Dkt. 212 at 5 n.1. Out of an abundance of caution, Attorney General Raoul again moves to dismiss any claims against him.

3.     As this Court previously held, Third-Party Plaintiffs' claims against Attorney General Raoul are barred by the political subdivision doctrine.  Dkt. 203 at 7-12.  Any claims also should be dismissed on Eleventh Amendment grounds, for lack of standing, and because the Attorney General in his official capacity is not a "person" subject to suit under Section 1983. All of these arguments were set forth in the State Defendants' memorandum in support of their motion to dismiss Third-Party Plaintiffs' initial complaint and their reply brief, both of which are incorporated by reference.  Dkt. 140, 173.

WHEREFORE, for the foregoing reasons, any claims against Attorney General Raoul in Third-Party Plaintiffs' amended complaint should be dismissed for lack of jurisdiction and failure to state a claim.

Dated: June 15, 2026

/s/ Michael T. Dierkes
Michael T. Dierkes
General Law Bureau/Government
Representation Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3672
Facsimile: (312) 814-4425
michael.dierkes@ilag.gov

Counsel for Illinois Attorney General
Kwame Raoul

2