**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michel Sharritt, et al.

Plaintiff,

v.

Gwen Henry, et al.

Defendant.

Case No.: 1:23−cv−15838
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Third Party Defendant's motion for extension of time to answer or otherwise plead [214]. Third Party Defendant's responsive pleading is due by 7/2/2026. The Court sets the following briefing schedule on Third Party Defendants' motions to dismiss [216], [218], and [220] as well as Third Party Defendant HOBO Investments, LLC's forthcoming motion to dismiss: Third Party Plaintiffs' responses are due by 8/3/2026 and Third Party Defendants' replies are due by 8/17/2026. The Court sets a ruling date for 11/17/2026 at 9:30 AM. The Court grants Defendants' motion for entry of a protective order [222]. The parties should submit a redlined and clean copy of their proposed confidentiality order to the Court's proposed order email. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Entering an attendee code is not required. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice. (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.